# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 21, 2017

Stephen J. Markman
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

152567(85)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DANIEL HORACEK,
      Defendant-Appellant.

_____/

SC: 152567
COA: 317527
Oakland CC: 2012-241894-FH

      On order of the Chief Justice, the motions of the Criminal Defense Attorneys of Michigan to extend the time for filing a brief amicus curiae and to waive the filing fee are GRANTED. The amicus brief will be accepted as timely filed if submitted on or before July 5, 2017.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 21, 2017



Clerk